IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| EUGENE BUTCHER | ) | |
| WENDY BUTCHER | ) | NO. 04-42516 |
| | ) | JUDGE BLACK, B.J. (JOLIET) |

## NOTICE AND STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

NOW COMES MIDFIRST BANK (hereinafter "Creditor"), by and through its counsel Fisher and Shapiro, LLC, and pursuant to the July 10, 2007 letter from the standing chapter 13 trustee Glenn Stearns providing notice to creditors that the standing trustee has completed payment of all pre-petition obligations and requiring creditors to file a statement of any unpaid post-petition obligations pursuant to the terms of the debtor's confirmed plan, Creditor hereby provides this statement and notice of the following unpaid and outstanding post-petition mortgage obligations:

1. late charge for July, 2007 in the amount of $35.69

2. mortgage payment in the amount of $892.16 for August 2007

3. late charge for August, 2007 in the amount of $35.69

4. uncollected late charges in the amount of $421.87

5. property inspection in the amount of $24.00

6. attorney's fees and costs in the amount of $950.00
   (less credit for unapplied funds held in suspense)     ($502.46)

Total due as of August 31, 2007: $1,856.95

Pursuant to the terms of the debtors' confirmed plan, within 30 days of service of this notice and statement, the debtors may (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged terms as a contested matter; or (2) file a proposed modified plan, if feasible, to provide for the payment of the additional amounts that the debtors acknowledge or the Court determines to be due. To the extent that amounts set forth in this notice and statement are not determined by the Court to be invalid or are not paid by the debtors through a modified plan, Creditor's right to collect these amounts will be unaffected.

Respectfully submitted,

By: _____
Richard Aronow
Christopher Cieniawa
Michael Kalkowski
Josephine Micelli
Marc Wagman
FISHER and SHAPIRO, LLC
4201 Lake Cook Rd.
Northbrook, IL. 60062
(847) 498-9990
Attorneys for MIDFIRST BANK